NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENNY-RAY HARDIN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5066

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00812-MCW, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of this court's June 5, 2014 order directing Mr. Hardin to file Federal Circuit Form 6A, and his failure to respond to that order or file the requested form,

IT IS ORDERED THAT:

2                                    HARDIN v. US


The motion for leave to proceed in forma pauperis is denied and the appeal, dismissed on May 7, 2014 for failure to pay the fee, will not be reinstated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24